United States Bankruptcy Court
Middle District of Florida

Morgan,
    Plaintiff

Adv. Proc. No. 14-00153-PMG

Hancock Bank,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 113A-3      User: leel      Page 1 of 1      Date Rcvd: Jun 30, 2014
                        Form ID: pdfdoc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2014.
```
pla        +Charles Douglas Morgan,   3446 Thalia Road,   Jacksonville Beach, FL 32250-1532
pla        +Deanna Lynn Morgan,   3446 Thalia Road,   Jacksonville Beach, FL 32250-1532
dft        +Hancock Bank,   c/o Carl J. Chaney, Pres/CEO,   2501 14th Street,   Gulfport, MS 39501-1924
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2014      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2014 at the address(es) listed below:
       E. Warren Parker, Jr.    on behalf of Plaintiff Charles Douglas Morgan parker@jaxlawcenter.com, bankruptcy.paralegals@jaxlawcenter.com;parkerdufresne1@gmail.com
       E. Warren Parker, Jr.    on behalf of Plaintiff Deanna Lynn Morgan parker@jaxlawcenter.com, bankruptcy.paralegals@jaxlawcenter.com;parkerdufresne1@gmail.com
                        TOTAL: 2

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 3:12-bk-8147-PMG |
| ) | CHAPTER 13 |
| CHARLES DOUGLAS MORGAN, ) | |
| DEANNA LYNN MORGAN, ) | |
| Debtors. ) | |

CHARLES DOUGLAS MORGAN,
DEANNA LYNN MORGAN
      Plaintiff (s)         Adv. No. 3:14-ap-0153
v.

HANCOCK BANK as assignee of the FDIC
As receiver for Peoples First Community
Bank
      Defendant(s).
_____/

## CONSENT JUDGMENT

THIS Action came on for consideration, upon the filing of a complaint by Charles and Deanna Morgan, (hereinafter "Plaintiffs") against HANCOCK BANK (hereinafter "Defendant"). The Real Property that is subject of the Complaint is located at **3446 THALIA RD. JACKSONVILLE, FL 32250** and further more particularly described as follows:

> ALL OF LOT 4 AND SOUTH 45 FEET OF LOT 3, BLOCK 1, INGLE FOREST UNIT NO.1, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 22, PAGE 38 OF THE CURRENT RECORDS OF DUVAL COUN5TY, FLORIDA LESS AND EXCEPT THAT PART DESCRIBE IN O.R. BOOK 8025,PAGE 406. TAX ID #166905-0020

The parties have agreed:

1. The Value of the Plaintiff's real property is less than the amount owed on the first mortgage loan.

2. HANCOCK BANK shall be treated as an unsecured claim in this Chapter 13 case (Claim No. 11).

3. Upon successful completion of the Debtor's chapter 13 Plan and the entry of a discharge under §1328 (a), the second mortgage lien shall be deemed null and void and no longer a lien against the property. The Second mortgage held by HANCOCK BANK, recorded on August 16, 2010 at O.R. Book 15337 and Page Number 2166 of the official records of Duval County, Florida, is stripped as wholly unsecured and the mortgage shall be deemed satisfied by the recording of this Order following chapter 13 plan completion and discharge.

4. If the Debtor does not successfully complete his Chapter 13 Plan or, if the case converts to Chapter 7, HANCOCK BANK shall be restored to its pre-petition secured status.

/s/Michael S. Waskiewicz
Michael S. Waskiewicz, Esquire
Florida Bar #0015769
1301 Riverplace Blvd., Ste 1500
Jacksonville FL 32207
Attorney for Creditor

/s/ E.Warren Parker, Jr.
E. Warren Parker, Jr., Esquire
Florida Bar # 95806
8777 San Jose Blvd., Suite 301
Jacksonville, FL 32217
Attorney for Debtors

DONE and ORDERED in Jacksonville on June 30, 2014.

_____
Paul M. Glenn
United States Bankruptcy Judge